CHARLES F. PALLISTER, Respondent, v. REGULAR DEMOCRATIC ORGANIZATION OF RICHMOND COUNTY and Others, Appellants.— Order modified so as to restrain the defendants from representing by emblem, sign or symbol that Anning S. Prall

is the candidate of the Democratic party for the office of borough president of the borough of Richmond, and as so modified affirmed. No opinion. Lazansky, P. J., Kapper, Hagarty and Davis, JJ., concur.